JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON DEON SEYMOUR,<br><br>          Petitioner,<br><br>v.<br><br>HEATHER SHIRLEY, Warden,<br><br>          Respondent. | CASE NO. 2:22-cv-04258-PA (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for lack of jurisdiction and failure to exhaust, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: July 7, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE